UNPUBLISHED

COURT OF APPEALS OF VIRGINIA

Present: Judges Humphreys, McCullough and Senior Judge Bumgardner

MOHAMMED K. BENYOUSSEF

v.     Record No. 1835-13-3

HANDSHAKE 1, LLC AND
 TRAVELERS INDEMNITY
 COMPANY OF AMERICA

MEMORANDUM OPINION[*]
PER CURIAM
FEBRUARY 18, 2014

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(George L. Townsend; HammondTownsend, PLC, on brief), for
appellant.

(Roger S. Mackey, on brief), for appellees.

Mohammed K. Benyoussef (claimant) appeals from a September 12, 2013 decision of the

Workers' Compensation Commission affirming a deputy commissioner's opinion finding

claimant did not prove his industrial accident arose out of and in the course of his employment.

Claimant contends the commission erred in finding 1) "that [claimant's] industrial accident did

not arise out of his employment," and 2) "that [claimant's] industrial accident did not occur in

the course of his employment."

We have reviewed the record and the commission's opinion and find that this appeal is

without merit. Accordingly, we affirm for the reasons stated by the commission in its final

opinion. See Benyoussef v. Handshake 1, LLC, JCN VA00000519668 (Sept. 12, 2013). We

dispense with oral argument and summarily affirm because the facts and legal contentions are

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

adequately presented in the materials before the Court and argument would not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

Affirmed.